UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALTERA CORP., XILINX, INC., al.,<br><br>Defendants. | CASE NO. C13-1099RSM<br><br>ORDER ON MOTION TO SEAL |

This matter is before the Court for consideration of a motion by defendant Xilinx to seal certain documents filed in response to the motions to quash. Dkt. # 11. The motion was brought pursuant to Local Rule LCR 5(g), which notes that there is a strong presumption of public access to the court's files. For non-dispositive motions such as the motions to quash, "this presumption may be overcome by a showing of good cause." *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir.2006).

The parties have complied with the requirements of Local Rule LCR 5(g) by meeting and conferring regarding the motion, and by filing redacted versions of Xilinx's response to minimize the sealing necessary. Dkt. ## 12, 13, 14. The Court finds that Xilinx has demonstrated sufficient good cause to overcome the presumption of public access as to the limited amount of sealed information. The motion to seal (Dkt. # 11) is accordingly GRANTED. The Clerk shall **maintain under seal** the documents filed at Docket Nos. 17 and 18.

DATED July 9, 2013.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1